UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

MICHELLE GRANT,

                                              Plaintiff,

-against-

THE CITY OF NEW YORK, SERGEANT ALI MIRANDA
SHIELD NO. 2751, OFFICER JAMES CURCIO, SHIELD
NO. 5071, OFFICER THAHER AHMED SHIELD NO. 1488,
OFFICER BESNICK BOJKOVIC, SHIELD NO. 9214, JOHN
DOES #1-6,

                                              Defendants.

------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

15 CV 03850 (FB) (ST)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       May 9, 2016

STOLL, GLICKMAN & BELLINA LLP
*Attorneys for Plaintiff*
475 Atlantic Avenue, 3rd Floor
Brooklyn, NY 11217
718-852-3710

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York,
   Miranda, Curcio, Ahmed, and Bojkovic*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Nicholas Mindicino
*Attorney for Plaintiff*

By: _____
Suvarna Sampale
*Senior Counsel*

SO ORDERED:

_____
HON. FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE

Dated: _____, 2016

2